| | | |
|---|---|---|
| CAAP–12–00 00631 | State v. Leaf | Vacated and Remanded |
| CAAP–14–00 00380 | State v. Kaneshiro | Affirmed |

### July 30, 2015

| | | |
|---|---|---|
| CAAP–13–00 00201 | Kamekona v. Cast & Crew Entertainment Services, Inc. | Affirmed |
| CAAP–14–00 01143 | State v. Krstoth | Affirmed |

### July 31, 2015

| | | |
|---|---|---|
| CAAP–13–00 05313 | Smith v. State | Affirmed |
| CAAP–12–00 00766 | State v. Harris | Reversed |

### August 6, 2015

| | | |
|---|---|---|
| CAAP–13–00 00129 | Fresch v. Kanui | Reversed and Vacated |

### August 7, 2015

| | | |
|---|---|---|
| CAAP–14–00 00454 | State v. Kanakaole | Affirmed |

### August 11, 2015

| | | |
|---|---|---|
| CAAP–14–00 01082 | Razavi v. Pualani Estates at Kona Community Ass'n | Affirmed |

### August 14, 2015

| | | |
|---|---|---|
| CAAP–13–00 00026 | Board of Directors of Ass'n of Unit Owners of Yacht Harbor Towers v. Allen | Affirmed |
| CAAP–14–00 01208 | Roe 2 v. Catholic Foreign Mission Society of America, Inc. | Dismissed |
| CAAP–14–00 00877 | Elsenbach v. Elsenbach | Affirmed |